UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | DOCKET NO. 3:17CR230 (JCH) |
| JOHN J. McCARTHY | : | October 31, 2017 |

NOTICE TO THE COURT

Comes now the United States, by and through its undersigned counsel, to advise the Court in accordance to the directive of United States Magistrate Judge Sarah A.L. Merriam that the parties make known to the Court in this case that a Supervised Release Violation Petition in the matter of *United States v. John J. McCarthy*, Docket No. 5:92CR70 (AVC) and has been assigned to Senior United States District Judge Alfred V. Covello.

Respectfully submitted,

*/s/ John H. Durham*

JOHN H. DURHAM
UNITED STATES ATTORNEY
Federal Bar No. ct05087
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

1

CERTIFICATION OF SERVICE

This is to certify that on October 31, 2017 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ John H. Durham*

_____
JOHN H. DURHAM
UNITED STATES ATTORNEY